**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)**

FILED
SCRANTON

F 3 2 7 2018

PER _____
DEPUTY CLERK

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS AND PLUMBERS LOCAL 524 PENSION AND ANNUITY PLAN, et al., | : : : : |
| Plaintiffs, | : Case No. 3:15−CV−02085−MEM |
| v. | : : Honorable Malachy E Mannion |
| YANNUZZI INC., | : : |
| Defendant. | : |

## ORDER

Plaintiffs and Defendant having moved the Court to vacate the Order scheduling a Show Cause hearing (Docket No. 21), and upon consideration of all of the facts and circumstances, it is this 27ᵀ day of _Feluy_, 2018, by the United States District Court for the Middle District of Pennsylvania,

**ORDERED:**

That the Show Cause hearing scheduled for March 2, 2018, at 01:30 PM., BE, and the same hereby IS, VACATED.

MALACHY E MANNION
UNITED STATES DISTRICT JUDGE